**Fill in this information to identify the case:**

Debtor 1   Francine M Leppert

Debtor 2   William C Leppert
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number 10-46011

# Official Form 4100R
## Response to Notice of Final Cure Payment                                             10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of creditor:**   **M&T Bank**

**Court claim no.**  No Claim Filed

**Last 4 digits** of any number you use to identify the debtor's account:  XXXXXX4254

**Property address:**   527 Parkside Drive
                        Number    Street

                        Carol Stream, IL 60188
                        City            State     ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtors have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtors have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtors is due on     01 / 01 / 2016
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                   (a)  $_____

b.  Total fees, charges, expenses, escrow, and costs outstanding:         **+** (b)  $_____

c.  **Total**. Add lines a and b.                                              (c)  $_____

Creditor asserts that the debtors are contractually
obligated for the postpetition payment(s) that first became     ___/___/_____
due on:                                                          MM / DD / YYYY

**Form 4100R**              **Response to notice of Final Cure Payment**              **page 1**

Debtor 1   Francine M Leppert                                              Case number *(if known)* 10-46011
          First Name        Middle Name        Last Name
Debtor 2   William C Leppert
(Spouse, if filing)

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗   /s/ Dana O'Brien   ARDC# 6256415                        Date   01 / 06 / 2016
    Signature

Print:    Dana O'Brien                                      Title   Bankruptcy Attorney
          First Name    Middle Name    Last Name

Company   Pierce & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1 N. Dearborn St., Suite 1300
          Number           Street

          Chicago, IL 60602
          City                State       ZIP Code

Contact phone   ( 312 ) 346 - 9088                          Email   BK@atty-pierce.com

**Form 4100R**              **Response to notice of Final Cure Payment**              **page 2**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Francine M Leppert; William C Leppert<br><br>*Debtor(s),* | Chapter 13<br><br>Case No.  10-46011<br><br>Judge Donald R. Cassling |

## CERTIFICATE OF SERVICE

    I, the undersigned Attorney, Certify that I served a copy of this Response to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on January 6, 2016, with proper postage prepaid.

    M&T Bank

    /s/Dana O'Brien
    Dana O'Brien
    ARDC#6256415

***THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION BOTAINED WILL BE USED FOR THAT PURPOSE***

Pierce & Associates, P.C.
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

File Number: 250977-18190

## Service List

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, IL 60532
**by Electronic Notice through ECF**

To Debtor:
Francine M Leppert, and William C Leppert
527 Parkside Drive
Carol Stream, IL 60188
**by U.S. Mail**

To Attorney:
James R. Mata
Nigro, Westfall & Gryska, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139
**by Electronic Notice through ECF**

Pierce & Associates, P.C.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088
File Number: 250977-18190